DENNIS BUCKLEY, Jr., *by Guardian, Respondent, v.* THE GUTTA PERCHA AND RUBBER MANUFACTURING COMPANY, *Appellant.* — Order affirmed, with costs and disbursements. Opinion by PRATT, J.

MYRA E. FAVOR, *Respondent, v.* ANTHONY H. DIMOCK and another, *Respondents.* — Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

DANIEL RITCHIE, *Appellant, v.* ROBERT WEIR, *Respondent.*— Judgment of County Court reversed and judgment of justice affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., dissenting.

IDA I. ROSS, *Appellant, v.* JOSEPH ROSS, Jr., *Respondent.* — Reargument ordered. PRATT, J., not sitting.

IN THE MATTER OF THE APPLICATION OF GEORGE C. GENET FOR A MANDAMUS, ETC. — Order refusing *mandamus* affirmed, with costs. Opinion by PRATT, J.

ELIAS Q. HORTON *v.* COFFIN S. BROWN, *Executor, etc.* — Judgment affirmed, without costs. Opinion by PRATT, J.

GEORGE W. PURDY, *Respondent, v.* MARY N. BEAN, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by PRATT, J.

SUSAN RAYNOR and another, *as Administrators, etc., Appellants, v.* SAMUEL S. CARMAN, *Respondent.* — Judgment reversed and new trial granted at Special Term, costs to abide event; order of reference vacated. Opinion by BARNARD, P. J.

SARAH BRIEN, *Administratrix, etc., Respondent, v.* TIMOTHY BRIEN, *Appellant.* — Judgment reversed and new trial granted, costs to abide event; order of reference vacated. Opinion by DYKMAN, J.

WARREN SMITH, *Appellant, v.* ISRAEL SMITH and others, *Respondents.* — Judgment affirmed, with costs. Opinion by PRATT, J.

THE PEOPLE *ex rel.* CASEY *v.* JAMES JOURDAN, *Commissioner.* — Motion to dismiss writ of *certiorari* denied, with ten dollars costs. Opinion by BARNARD, P. J.

SARAH L. TINGUE, *Respondent, v.* THE VILLAGE OF PORTCHESTER and JOHN LEONARD, *its Treasurer, Appellants.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

JOHN J. MASON, *Appellant, v.* ALBERT BURTIS and another, *Respondents.* — Judgment of County Court reversed and judgment of justice affirmed, with costs. Opinion by DYKMAN, J.

WILLIAM P. CLYDE *v.* AMOS ROGERS. — Order of Special Term refusing to amend order of General Term affirmed, without costs.